UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Bladimir Diaz

Debtor(s).

CASE NO: 18-40032
CHAPTER: 13
JUDGE: Randon

### AFFIDAVIT FOR AGREEMENT FOR PREAUTHORIZED PAYMENTS (ACH)

NOW COMES, Bladimir Diaz, the above captioned Debtor(s), first being duly sworn, deposes and states:

1. I/We am/are the Debtor(s) in the above case.
2. I/We do not receive wages which can be subject to assignment sufficient to make my/our proposed Chapter 13 Plan Payments.
3. My/Our primary source(s) of income are derived from Social Security.
4. I/We do not have the ability to make my/our full Chapter 13 Plan Payments through a wage order.

Dated: 1-2-18

_____, Debtor
Bladimir Diaz

_____, Co-Debtor

DANIELLE M LASITER
NOTARY PUBLIC - STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES JAN. 21, 2021
ACTING IN THE COUNTY OF Wayne